# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee
Civil Division

FILED
NOV 16 2017
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

JAmes R. WAlton
Helen R. WAlton

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Carrington Mortgage Services et al
Bank of America
Taylor, Bean + Whitaker

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:17-mc-40
(to be filled in by the Clerk's Office)

TRM/SKL

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: JAmes R. WAlton / Helen R. WAlton
Street Address: 1725 Kingsley ave
City and County: Akron, Ohio
State and Zip Code: Ohio, 44313
Telephone Number: 205-246-1143
E-mail Address: walton893@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
  Name: Carrington Mortgage Services, LLC
  Job or Title (if known):
  Street Address: 1610 E Andrew Pl, Suite B150
  City and County: Santa Ana,
  State and Zip Code: California 92705
  Telephone Number: 800-561-4567
  E-mail Address (if known):

Defendant No. 2
  Name: Bank of America
  Job or Title (if known):
  Street Address: 1800 Tapo Canyon Road
  City and County: Semi Valley
  State and Zip Code: California 93063
  Telephone Number: 800-444-4302
  E-mail Address (if known):

Defendant No. 3
  Name: Taylor, Bean + Whitaker Mortgage Corp
  Job or Title (if known):
  Street Address: 1417 North Magnolia Ave
  City and County: Ocala
  State and Zip Code: Florida 34475
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* James R. Walton / Helen R Walton, is a citizen of the State of *(name)* Ohio.
   
   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, (name) Carrington Mortgage Services, is incorporated under the laws of the State of (name) Delaware, and has its principal place of business in the State of (name) California.
Or is incorporated under the laws of (foreign nation) _____,
and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)   See attached page

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached Page

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Because there is a dispute over ownership interest, a quiet title is appropriate. The value of the property is $310,000. Because of the actions of the defendants, we're asking for punitive damages. We asking to be compensated for actual loss during the entire process. Property foreclosed located at 1301 Windbrook Dr.

Basis of Jurisdiction
Defendants

## II. Bank of America
(b) defendant is a Corporation
Principal place of business in State of, <u>California</u>

Taylor, Bean + Whitaker Mortgage
defendant is a Corporation
Principle place of Business in State of, Florida

addition to 4 of 5

Statement of Claim.

I. Taylor, Bean + Whitaker Securitized the mortgage Oct, 2008. MERS was named beneficiary and was acting solely as a nominee.

II. Bank of America began Servicing the loan in August of 2009. There was noone with standing to assign the Deed of Trust to Bank of America.

III. Bank of America assigned the Deed of Trust to Carrington mortgage Services Dec. 10, 2014. Because Bank of America did not have Proper assignment of the Deed of Trust, Carrington could not have had Proper assignment of the Deed.

IV. Carrington mortgage services foreclosed on the Property on Sept. 7, 2017, while on a duel track of a mortgage assistance Plan. Carrington did not have Standing to foreclose.

addition to 4 of 5

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/14/17

Signature of Plaintiff: *James R. Walton / Helen R. Walton*

Printed Name of Plaintiff: James R Walton / Helen R Walton

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

FILED
NOV 16 2017
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee
Civil Division

James R. Walton
Helen R. Walton

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Carrington Mortgage Services et al
Bank of America
Taylor, Bean + Whitaker

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: James R. Walton / Helen R. Walton
   Street Address: 1725 Kingsley Ave.
   City and County: Akron
   State and Zip Code: Ohio 44313
   Telephone Number: 205-246-1143
   E-mail Address: Walton893@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
Name: Carrington Mortgage Services, LLC
Job or Title (if known):
Street Address: 1610 E Andrew Pl, Suite B150
City and County: Santa Ana
State and Zip Code: California 92705
Telephone Number: 800-561-4567
E-mail Address (if known):

Defendant No. 2
Name: Bank of America
Job or Title (if known):
Street Address: 1800 Tapo Canyon Road
City and County: Semi Valley
State and Zip Code: California 93063
Telephone Number: 800-444-4302
E-mail Address (if known):

Defendant No. 3
Name: Taylor, Bean & Whitaker
Job or Title (if known):
Street Address: 1417 North Magnolia Ave
City and County: Ocala
State and Zip Code: Florida 34475
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, *(name)* __James R. Walton / Helen R. Walton__, is a citizen of the State of *(name)* __Ohio__.

2. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation
   The defendant, *(name)* __Carrington Mortgage Services__, is incorporated under the laws of the State of *(name)* __Delaware__, and has its principal place of business in the State of *(name)* __California__.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* __See attached page__

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Basis of Jurisdiction
Defendants

## II (b)

Bank of America defendant is a corporation Principal Place of business in State of <u>California</u>.

Taylor, Bean + Whitaker mortgage defendant is a corporation Principal Place of business in State of, Florida

addition to 3 of 5

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 9/7/2017, at *(place)* Chattanooga, Tenn.,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
defendant failed to hold off on the foreclosure while a mortgage assistance plan was being reviewed

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Defendant foreclosed on our mortgage without standing.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached page

Statement of Claim.

I. Taylor, Bean & Whitaker Securitized the mortgage Oct, 2008. MERS was named beneficiary and was acting solely as a nominee.

II. Bank of America began Servicing the loan in August of 2009. There was noone with standing to assign the Deed of Trust to Bank of America.

III. Bank of America assigned the Deed of Trust to Carrington mortgage Services Dec. 10, 2014. Because Bank of America did not have proper assignment of the Deed of Trust, Carrington could not have had proper assignment of the Deed.

IV. Carrington mortgage Services foreclosed on the Property on Sept. 7, 2017, while on a duel track of a mortgage assistance Plan. Carrington did not have Standing to foreclose.

addition to 4 of 5

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/14/17

Signature of Plaintiff: *James R. Walton / Helen R. Walton*

Printed Name of Plaintiff: JAMES R. WALTON / Helen R. WALTON

### B. For Attorneys

Date of signing: 

Signature of Attorney: 

Printed Name of Attorney: 

Bar Number: 

Name of Law Firm: 

Street Address: 

State and Zip Code: 

Telephone Number: 

E-mail Address: