IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES R. WALTON and HELEN R. WALTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, BANK OF AMERICA, and TAYLOR, BEAN & WHITAKER,<br><br>    Defendants. | Case No. 1:17-mc-00330-TRM-SKL |

## CORPORATE DISCLOSURE STATEMENT

Carrington Mortgage Services, LLC is a Delaware limited liability company and is wholly owned by Carrington Mortgage Holdings, LLC.

Carrington Mortgage Holdings, LLC is a Delaware limited liability company and is 99.5% owned by Carrington Holding Company, LLC and 0.5% owned by a private individual.

Carrington Holding Company, LLC is wholly owned by The Carrington Companies, LLC, a Delaware limited liability company. The Carrington Companies, LLC is 99.5% owned by a private individual and 0.5% owned by a private individual.

There are no publicly held corporations holding stock in the amount of 10% or more in The Carrington Companies, LLC.

Respectfully submitted this 26th day of March, 2018.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

By: */s/ Brian R. Epling*
Brian R. Epling (No. 34728)
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2342
Facsimile: (615) 252-6342
bepling@bradley.com

*Attorney for Defendant Carrington Mortgage Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2018, a copy of the foregoing was filed electronically with the Clerk's office by using the CM/ECF system and served electronically and/or via first-class U.S. mail, postage prepaid, upon all parties as indicated below. Parties may also access this filing through the Court's ECF system.

| | |
|---|---|
| James R. Walton | Taylor, Bean & Whitaker |
| Helen R. Walton | c/o Carifield, Okon, Solomon, |
| 1725 Kingsley Avenue | Pincus, West |
| Akron, Ohio 44313 | 500 Austrian Avenue, #325 |
| | West Palm Beach, Florida 33401 |

*/s/ Brian R. Epling*
Brian R. Epling